CIVIL, CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02814-GEB-GGH
### Internal Use Only

| | |
|---|---|
| Muhilddine et al v. Merck & Company, Inc. et al | Date Filed: 12/12/2006 |
| Assigned to: Judge Garland E. Burrell, Jr | Date Terminated: 06/28/2007 |
| Referred to: Magistrate Judge Gregory G. Hollows | Jury Demand: Defendant |
| Cause: 28:1441 Petition for Removal- Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Ali Muhilddine**          represented by   **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bassema Muhilddine**     represented by   **Alissa S. Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
Merck & Company, Inc.     represented by **Kevin Michael Hara**
Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832
Email: khara@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**
McKesson Corporation     represented by **Anthony G Brazil**
Morris Polich & Purdy, LLP
1055 West 7th Street
24th Floor
Los Angeles, CA 90017
213891-9100 5120
Fax: 213488-1178
Email: abrazil@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanika D. Corley**
Morris Polich and Purdy
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 891-9100
Fax: (213) 488-1178
Email: kcorley@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Amerisourcebergen Corporation     represented by **Anthony G Brazil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanika D. Corley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Pfizer Inc.     represented by **Peter Edward Schnaitman**

|  |  |
|---|---|
|  | Tucker Ellis and West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017-2475<br>213-430-3400<br>Email:<br>peter.schnaitman@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Tae-Yoon Kim**<br>Tucker Ellis & West<br>1000 Wilshire Boulevard<br>Suite 1800<br>Los Angeles, CA 90017<br>213-430-3400<br>Fax: 213-430-3409<br>Email: tae.kim@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pharmacia Corporation** | represented by **Peter Edward Schnaitman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Tae-Yoon Kim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**G. D. Searle LLC** | represented by **Peter Edward Schnaitman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Tae-Yoon Kim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 |

| | | |
|---|---|---|
| | | Exhibit II# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet) (Hara, Kevin) (Entered: 12/12/2006) |
| 12/12/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/12/2006) |
| 12/12/2006 | 2 | NOTICE of *Defendants Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC's* consent to 1 Notice of Removal by Merck & Company, Inc.. (Hara, Kevin) Modified on 12/12/2006 (Yin, K). (Entered: 12/12/2006) |
| 12/12/2006 | 3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768; 2:06-cv-02776; 2:06-cv-02780; 2:06-cv-02807 and 2:06-cv-02787* (Hara, Kevin) (Entered: 12/12/2006) |
| 12/12/2006 | 4 | (Court only) PROCESS CREDIT CARD (Yin, K) (Entered: 12/12/2006) |
| 12/12/2006 | | RECEIPT number 17063 for $350.00 for New Case Filing Fee from |

| | | |
|---|---|---|
| | | Louis W. Tullius/Reed Smith Gov Filings. (Manzer, C) (Entered: 12/12/2006) |
| 12/12/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 3/12/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Manzer, C) (Entered: 12/12/2006) |
| 12/13/2006 | 6 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/13/2006) |
| 12/14/2006 | 7 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation.(Corley, Kanika) (Entered: 12/14/2006) |
| 12/14/2006 | 8 | NOTICE by McKesson Corporation. *Certification and Notice of Interested Parties* (Corley, Kanika) (Entered: 12/14/2006) |
| 12/21/2006 | 9 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc..(Kim, Tae-Yoon) (Entered: 12/21/2006) |
| 12/22/2006 | 10 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 12/29/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation.(Corley, Kanika) (Entered: 12/29/2006) |
| 01/10/2007 | 12 | NOTICE OF MOTION AND MOTION FOR REMAND by Ali Muhilddine, Bassema Muhilddine. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/20/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Memorandum of Points and Authorities# 2 Declaration of Andrea J. McNeil in Support of Plaintiffs' Motion to Remand# 3 Exhibit A -E to the Declaration of Andrea J. McNeil# 4 Proposed Order Granting Plaintiffs' Motion to Remand (McNeil, Andrea) Modified on 1/11/2007 (Carlos, K). (Entered: 01/10/2007) |
| 01/15/2007 | 13 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 14 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/19/2007 | 15 | MOTION to STAY *All Proceedings Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation* by Merck & Company, Inc.. Motion Hearing set for 2/20/2007 at 09:00 AM in Courtroom 10 |

| | | |
|---|---|---|
| | | (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Declaration of Kevin M. Hara# 2 Exhibit A - E to Decl. of K. Hara# 3 Exhibit F - I to Decl. of K. Hara# 4 Proposed Order)(Hara, Kevin) Modified on 1/23/2007 (Mena-Sanchez, L). (Entered: 01/19/2007) |
| 01/29/2007 | 16 | ORDER signed by Judge Garland E. Burrell Jr. on 1/26/07 ORDERING that the pending motions are deemed withdrawn and all hearings on the motions VACATED with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657. Upon entry of this Order, further proceedings in this action are STAYED pending a decision on whether this action will be transferred to MDL-1657, except that Defendant Merck & Company, Inc. shall file a status report no later than 3/26/07. (Mena-Sanchez, L) Modified on 1/29/2007 (Mena-Sanchez, L). (Entered: 01/29/2007) |
| 01/29/2007 | | (Court only) Defendant Merck & Company, Inc's Status Report due by 3/26/2007. (Mena-Sanchez, L) (Entered: 01/29/2007) |
| 03/26/2007 | 17 | STATUS REPORT by Merck & Company, Inc.. (Attachments: # 1 Conditional Transfer Order)(Hara, Kevin) (Entered: 03/26/2007) |
| 04/04/2007 | 18 | AMENDED NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc. (Hara, Kevin) Modified on 4/4/2007 (Brown, T). (Entered: 04/04/2007) |
| 06/28/2007 | 19 | ORDER, CASE TRANSFERRED to the Northern District of California. File, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 06/28/2007) |